# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| D.W., individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 21-CV-00363-SRB |
| v. | )<br>) |
| NEC NETWORKS, LLC, d/b/a CAPTURERX, ET AL., | )<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO STAY PENDING THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S ("JPML") DETERMINATION

Plaintiff D.W.'s Motion to Stay Proceedings Pending Action by the Judicial Panel on Multidistrict Litigation, (Doc. #35), is **GRANTED**. This action, including all responsive deadlines, is stayed until the JPML determines whether to transfer and consolidate this case. The parties are instructed to file an update with the Court after the JPML renders a decision. Accordingly, the pending motion to dismiss (Doc. #21) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: August 27, 2021