IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| D.W., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NEC NETWORKS, LLC. d/b/a CAPTURERX <br><br> and <br><br> WALMART INC. <br><br> Defendants. | Case No. 4:21-cv-00363-SRB |

## JOINT MOTION TO STAY

Plaintiff D.W. ("Plaintiff") and Defendants NEC Networks, LLC's (d/b/a CaptureRx) and Walmart Inc. ("Walmart," and collectively with Plaintiff and CaptureRx, the "Parties") respectfully move the Court to stay this action in its entirety pending final resolution of CaptureRx's class action settlement. Specifically, on December 16, 2021, CaptureRx filed a "Notice of Settlement" informing the Court that it had reached a class action settlement and will be filing for approval before the United States District Court for the Western District of Texas. The settlement, if approved, has the potential to resolve this action in its entirety.[1] As a result, the Parties respectfully submit that judicial economy favors staying this action in its entirety while the

---

[1] The proposed class action settlement would resolve the claims of all individuals whose information was compromised in the CaptureRx data security incident announced on or around May 5, 2021, and its release would include all pharmacies (including all Walmart entities).

settlement process plays out. There is no reason for this Court or the Parties to expend resources on litigation that may be resolved in its entirety through the CaptureRx settlement. *See Riley v. United States Fire Ins. Co.,* No. 4:21-CV-0192-DGK, 2021 WL 4138413, at *1 (W.D. Mo. Sept. 10, 2021) (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)) (explaining that it is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

Accordingly, the Parties respectfully move the Court to stay this action in its entirety pending final resolution of the CaptureRx settlement, including without limitation vacating the Scheduling Conference currently set for January 31, 2022 and all related deadlines.

Date: December 21, 2021.

Respectfully submitted,

By: /s/ *Maureen M. Brady*
Maureen M. Brady     MO #57800
Lucy McShane         MO #57957
MCSHANE & BRADY, LLC
1656 Washington Street, Suite 120
Kansas City, MO 64108
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
mbrady@mcshanebradylaw.com
lmcshane@mcshanebradylaw.com
nick@mcshanebradylaw.com

**And**

Anne Schiavone       MO #49349
HOLMAN SCHIAVONE, LLC.
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
Telephone: (816) 283-8738
Facsimile: (816) 283-8739
aschiavone@hslawllc.com
**ATTORNEYS FOR PLAINTIFF**


By: /s/ *Ramona Palmer-Eason*
Ramona Palmer-Eason, #KS-001148
Armstrong Teasdale LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Telephone:  816.221.3420
Fax:  816.221.0786
rpalmereason@atllp.com

Kristine McAlister Brown
(admitted *Pro Hac Vice*)
kristy.brown@alston.com
GA Bar No. 480189
Donald MacKaye Houser
(admitted *Pro Hac Vice*)
donald.houser@alston.com
GA Bar No. 157238
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000

**ATTORNEYS FOR DEFENDANT WALMART INC.**


By: *Kevin P. Clark*
Kevin P. Clark, #06279019
Litchfield Cavo LLP
222 S. Central Avenue, Suite 110
St. Louis, MO 63105
(314) 725-1227 PHONE
(314) 724-3006 FAX
clark@litchfieldcavo.com


**ATTORNEY FOR DEFENDANT NEC NETWORKS, LLC**